**Everett GLENN v. STATE.**

3 Div. 763.

Court of Appeals of Alabama.

May 14, 1935.

SAMFORD, Judge.

Appeal dismissed.

**Red HARBIN v. CITY OF HUNTSVILLE.**

8 Div. 129.

Court of Appeals of Alabama.

June 4, 1935.

SAMFORD, Judge.

Affirmed.

**Joe JOHNSON v. CITY OF HUNTSVILLE.**

8 Div. 130.

Court of Appeals of Alabama.

May 21, 1935.

RICE, Judge.

Affirmed.

**J. P. HEIDT v. STATE.**

8 Div. 187.

Court of Appeals of Alabama.

June 4, 1935.

McAfee & Nix, of Decatur, for appellant.
A. A. Carmichael, Atty. Gen., for appellee.

BRICKEN, Presiding Judge.

The evidence in this case has been read and considered by the court en banc. It is the opinion of the court that the state failed to meet the burden of proof necessary to a conviction; therefore error prevailed by the court's refusal to give the affirmative charge requested in writing by defendant.

Reversed and remanded.

**Blain KING v. STATE.**

7 Div. 125.

Court of Appeals of Alabama.

June 4, 1935.

RICE, Judge.

Affirmed.

**Eugene KING v. STATE.**

6 Div. 712.

Court of Appeals of Alabama.

April 30, 1935.

RICE, Judge.

Appeal dismissed.

**Nathaniel KING v. STATE.**

3 Div. 762.

Court of Appeals of Alabama.

May 14, 1935.

BRICKEN, Presiding Judge.

Appeal dismissed.